# SARVER LAW FIRM, PLLC

106 West 32nd Street, Suite 147
New York, NY 10001

Tel: (917) 930-8684                          E-mail: ems@sarverlawfirm.com
Fax: (212) 409-8529                          Website: www.sarver-law.com

October 15, 2025

**Via ECF:**
The Honorable James M. Wicks
D'Amato U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re:   Jeffrey Appleman vs. Callan JMB, Inc., et al. – 2:25-cv-05593 (JMW)

Dear Magistrate Judge Wicks:

Our firm represents Plaintiff, Jeffrey Appleman, in the above referenced matter. Per your Order / directive from October 7, 2025, we respectfully submit this letter to supplement Plaintiff's Complaint, confirming the validity of diversity jurisdiction, as related to all defendants, including Defendant Coldchain Technology Services, LLC, and each of its Members.

Prior to filing the pleadings in this matter, our office performed careful due diligence, reviewing public documents filed with the Texas Secretary of State, including searches of the Texas Franchise Tax Public Information Reports for years 2024 and 2025, along with SEC filings. We then cross-referenced both defendant entities, Callan JMB, Inc, and Coldchain Technology Services, LLC, with New York State databases, including the New York State Secretary of State and the New York State Department of State database for business entities.

According to Texas Secretary of State filings, Defendant, Coldchain Technology Services, LLC, was formed in December 2006 by Wayne Williams (another Defendant in this action) of Spring Branch, Texas. At the time of initial filing, Mr. Williams was the only listed agent or manager of the LLC.  However, our firm reviewed the most recent public filing in Texas on September 7, 2024 (an annual Texas Franchise Tax Public Information Report for the year 2024), which requires the name and location of each officer, director, member, general partner or manager of the entity. Said report listed only two Members who owned membership interest in Coldchain Technology Services, LLC: Mr. Wayne D. Williams, who lives in Spring Branch, Texas (and works in Spring Branch, Texas), and a Mr. David J. Croyle, who lives in Cape Girardeau, Missouri. (While we have the precise home address for each of these members, our firm is not printing that information here, in this public filing, in order to adhere to best practices via FRCP

1

5.2). However, suffice it to say that each member of Defendant, Coldchain Technology Services, LLC, per public records, have residences in States (Texas and Missouri), not in New York, and are thus separate from Plaintiff's New York based residence.

Our firm also found evidence in a February, 2025 securities filing (five months after the prior filing listed), which can lead to the conclusion that Defendant, Callan JMB, Inc., has now become the sole Member of Coldchain, owning 100% of the membership interest in Defendant, Coldchain Technology Services, LLC. Said filing states that "We [Callan JMB, Inc.] were originally formed as Coldchain Technology Services, LLC, a Texas limited liability company. We reorganized as a holding company to Callan JMB Inc., a Nevada corporation, on February 14, 2024. We are headquartered at 244 Flightline Dr., Spring Branch, Texas 78070." [Emphasis added].
*See* https://www.sec.gov/Archives/edgar/data/2032545/000149315225005135/form424b4.htm

Thus, upon our firm's best due diligence and research, we concluded, at the time of filing the within Complaint (and at all times relevant to the events giving rise to this lawsuit), that the Defendant, Coldchain Technology Services, LLC, either: (a) continues to be owned by two Members, Wayne Williams and David J. Croyle – who each have no footprint of any residence or address in New York State – or (b) Coldchain Technology Services, LLC is now fully owned by Defendant, Callan JMB, Inc, a 100% sole member and a Texas-based corporation that was incorporated in Texas, and has its principal place of business in Texas (addressed *infra*). Regardless of which public filing by Coldchain Technology Services, LLC is most accurate, federal diversity jurisdiction is preserved, because, as our further research revealed when planning to pursue this case in federal court, none of the above persons or entities (neither Defendant, Wayne Williams, nor Mr. David J. Croyle, nor Callan JMB, Inc.) have any residence or principal place of business in New York State. Specifically, database searches confirmed for us that Defendant, Wayne D. Williams, lives in Spring Branch, Texas, 78070, and has been associated with a home address in Spring Branch, Texas since 2003. We believe we can say with confidence that, upon information and belief, Defendant, Wayne Williams never appears to have resided / lived in New York State (and indeed, does not live or reside in New State now). Further research into David J. Croyle, the other known (former or current) member of Defendant, Coldchain Technology Services, LLC, had no residence or address in New York State.  Our research confirms the current home address on the Texas annual report for Mr. David Croyle at a location in Cape Girardeau, Missouri, 63701. Again, while we believe we have identified Mr. Croyle's precise home address in Cape Girardeau, Missouri, we are redacting that piece of information in accordance with best filing practices per FRCP 5.2.

While your Honor's Order did not ask for more information regarding Defendant, Callan JMB, Inc., we believe that further factual information about said Defendant is relevant, in the event that Callan JMB, Inc has recently become the sole Member / owner of 100% of Defendant, Coldchain Technology Services, LLC, per recent public filings. The undersigned Plaintiff's counsel reviewed a search of the New York Secretary of State filings, which indicated that Defendant, Callan JMB Inc., has never been registered with any principal place business (or satellite office) in New York State, and that its principal place of business, as well as its incorporation, all occurred in Spring Branch, Texas. More specifically, securities filings for Defendant, Callan JMB, Inc. (and Defendant, Coldchain Technology Services, LLC), found no mention of New York State whatsoever on Form DEF 14C, filed on October 3, 2025. Moreover, in form 4424 B3 (filed October 24, 2024), the term "New York" related only to the credentials of the location of Callan

JMB Inc's legal advisors, Sichenzia Ross Ference Carmel, LLP (counsel for Defendants in this action). The results were similar for the Form S-1/A registration document filed September 19, 2025.

In summary, Plaintiff maintains that, per this supplemental letter to the pleadings, none of the Defendants (corporate or individual, including Coldchain Technology Services, LLC) are located in New York State, where Plaintiff, Mr. Jeffrey Appleman, resides (as pleaded in our Complaint filed on October 6, 2025). With the amount in controversy far exceeding the minimum $75,000, diversity jurisdiction is proper in this matter, as pleaded by Plaintiff. *See Pennsylvania Pub. Sch. Employees' Ret. Sys. v. Morgan Stanley & Co., Inc.,* 772 F.3d 111, 117-18 (2d Cir. 2014) *(citing Exxon Mobil Corp. v. Allapattah Servs., Inc., 545 U.S. 546, 553 (2005); See also TBH Brand Holdings LLC v. Seam Seal Int'l LLC, 24 Civ. 3470 (JPC), 2024* U.S. Dist. LEXIS 85384, at *1-2 (S.D.N.Y. May 8, 2024). If your Honor so requires, we would amend our pleadings. However, the undersigned counsel interpreted your directive as stating that this letter, combined with the pleadings, would suffice to state the proper federal diversity jurisdiction in this matter (provided that we could articulate facts showing that Defendant, Coldchain Technology Services, LLC, and each of its members (individuals and/or corporate entities) were not / are not tied to New York State, via principal place of business, origin of incorporation or organization, or by way of any New York address for any individual members). We hope that this letter puts the Court at ease, and that we may proceed without amending our pleadings in this action.

We thank your Honor for your attention to the within matter.

                                                        Sincerely,

                                                        */s/ Eric M. Sarver, Esq.*
                                                        Eric Sarver, Esq.

Cc: Andrew Zinman, Esq. (via ECF)
    Mr. Jeffrey Appleman (Plaintiff)