UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JEFFREY APPLEMAN, CPA,

                          Plaintiff,

     -against-

CALLAN JMB, INC., COLDCHAIN TECHNOLOGY
SERVICES, LLC, and WAYNE WILLIAMS, in his
Individual and professional capacities,

                          Defendants.
-----------------------------------------------------------------------x

Case No. 2:25-cv-05593 (JMW)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Callan JMB, Inc., Coldchain Technology Services, LLC, and Wayne Williams by and through its undersigned counsel, Sichenzia Ross Ference Carmel LLP, hereby certifies that:

1. Callan JMB, Inc. has no parent corporation, and no publicly traded company currently owns 10% or more of Callan JMB, Inc.'s stock. Coldchain Technology Services, LLC is a wholly owned subsidiary of Callan JMB, Inc.

2. Callan JMB, Inc. is a corporation that is incorporated in Nevada and has a principal place of business in Texas.

3. Coldchain Technology Services, LLC is a limited liability company formed in Texas, of which Callan JMB, Inc. is its sole member.

4. Mr. Wayne Williams is a citizen of Texas.

Dated: New York, New York
        October 20, 2025

SICHENZIA ROSS FERENCE CARMEL LLP

By: _____
     Wynee Ngo, Esq.
1185 Avenue of the Americas – 31st Floor
New York, New York 10036
(212) 930-9700
*Attorneys for Defendant*
wngo@srfc.law