UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JEFFREY APPLEMAN, CPA,

                 Case No. 2:25-cv-05593 (JMW)

        Plaintiff,

    -against-         **NOTICE OF APPEARANCE**

CALLAN JMB, INC., COLDCHAIN TECHNOLOGY
SERVICES, LLC, and WAYNE WILLIAMS, in his
Individual and professional capacities,

            Defendants.
-------------------------------------------------------------------x

  **PLEASE TAKE NOTICE** that the undersigned is admitted or otherwise authorized to practice in this Court, and respectfully enters her appearance as counsel of record in the above-captioned action for Defendants Callan JMB, Inc., Coldchain Technology Services, LLC, and Wayne Williams, and requests all subsequent papers be served upon her at the address indicated below.

Dated: New York, New York     SICHENZIA ROSS FERENCE CARMEL LLP
    October 20, 2025

                By: _____
                  Wynee Ngo, Esq.
                1185 Avenue of the Americas – 31st Floor
                New York, New York 10036
                (212) 930-9700
                wngo@srfc.law

                *Attorneys for Defendants*