UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JEFFREY APPLEMAN, CPA,

                Case No. 2:25-cv-05593 (JMW)

              Plaintiff,

    -against-                **NOTICE OF APPEARANCE**

CALLAN JMB, INC., COLDCHAIN TECHNOLOGY
SERVICES, LLC, and WAYNE WILLIAMS, in his
Individual and professional capacities,

              Defendants.
------------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that the undersigned is admitted or otherwise authorized to practice in this Court, and respectfully enters his appearance as counsel of record in the above-captioned action for Defendants Callan JMB, Inc., Coldchain Technology Services, LLC, and Wayne Williams, and requests all subsequent papers be served upon him at the address indicated below.

Dated: New York, New York         SICHENZIA ROSS FERENCE CARMEL LLP
       October 20, 2025

                                            By: *Andrew B. Zinman*
                                                 Andrew B. Zinman, Esq.
                                         1185 Avenue of the Americas – 31st Floor
                                         New York, New York 10036
                                         (212) 930-9700
                                         azinman@srfc.law

                                         *Attorneys for Defendants*