UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JEFFREY APPLEMAN, CPA,                :

                                           :      Case No.: 25-cv-05593 (JMW)

                        Plaintiff,   :

                                           :      **NOTICE OF MOTION**

          -against-                   :      **TO PARTIALLY DISMISS**

                                           :      **THE COMPLAINT**

CALLAN JMB INC., COLDCHAIN       :

TECHNOLOGY SERVICES, LLC, and   :

WAYNE WILLIAMS, in his individual and :

Professional capacities,          :

                                           :

                      Defendants.  :

---------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants'

Motion to Partially Dismiss the Complaint, dated January 30, 2026, and upon all the papers and

proceedings had herein, Defendants Callan JMB Inc., Coldchain Technology Services, LLC, and

Wayne Williams, by and through their attorneys, Sichenzia Ross Ference Carmel LLP, will move

this Court before the Honorable James M. Wicks, at United States Courthouse for the Eastern

District of New York, located at 100 Federal Plaza, Courtroom 1020, Central Islip, New York

11722, at 10:00 a.m., on the 10th day of April, 2026, for an Order, pursuant to Fed. R. Civ. P.

12(b)(6), for partial dismissal of Plaintiff's Complaint.

Pursuant to the Court's Order, dated December 21, 2025, answering papers shall be served

on or before February 27, 2026, and reply papers shall be served on or before March 27, 2026.

Dated: New York, New York
January 30, 2026

Respectfully submitted,

SICHENZIA ROSS FERENCE CARMEL LLP

By: _____
Andrew B. Zinman, Esq.
Wynee Ngo, Esq.
1185 Avenue of the Americas, 31st Floor
New York, New York 10036
(212) 930-9700
azinman@srfc.law
wngo@srfc.law
*Attorneys for Defendants*