

April 13, 2026

**VIA ECF**
Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

       Re:    *Jeffrey Appleman, CPA vs. Callan JMB Inc. et al.*,
               Case No. 2:25-cv-5593 (JMW)

Dear Judge Wicks:

      Pursuant to Your Honor's Electronic Minute Order, dated April 10, 2026, enclosed please find a copy of the Termination Letter sent to Plaintiff Jeffrey Appleman.

      Thank you for Your Honor's consideration.

                      Respectfully submitted,

                      SICHENZIA ROSS FERENCE CARMEL LLP

                      */s/ Wynee Ngo*
                      Wynee Ngo, Esq.

cc: Eric Sarver, Esq.

Encl.





May 13, 2025

<u>*Via*</u> Federal Express and Email
(jdappleman@optonline.net)
(jappleman@coldchain-tech.com)

Mr. Jeffrey Appleman
10 Henhawk Lane
Roslyn, NY11576

**Re: Notice of Immediate Termination of Your Employment Agreement**

Dear Mr. Appleman:

Reference is made to the Employment Agreement (the "Agreement"), dated as of October 1, 2024, by and between Callan JMB Inc., a Nevada corporation (the "Company," "we", "us" or "our") and Jeffrey Appleman ("you" or "your"). Capitalized terms used but not defined herein shall have the meanings ascribed to them under the Agreement. This notice is in compliance with the Agreement's notice provision, as provided in the Agreement.

Pursuant to Section 5(c) of the Agreement, we hereby notify you, due to the following unacceptable misconduct, you are hereby terminated from the Company for cause, and any/all corresponding positions, effective immediately. Your termination is, among other reasons, directly linked to the following misconduct that is materially harmful to the business interests or reputation of the Company:

- The migration from QuickBooks Desktop to QuickBooks Online (QBO) in February 2024 was not supported by a data validation plan. This led to the import of inaccurate and outdated customer and account records, impacting the integrity of AR reports and financial data;

- The AR subledger was inaccurate and required additional cleanup which affected inaccurate aging reports, collection process and customer communication;

- The current chart of accounts includes inconsistencies such as non-standard naming conventions and duplicate entries. Although a reference guide was developed, undocumented edits have contributed to confusion in account coding;

- Many of the supporting schedules do not tie back to the financial reports;





- Certain AR recoveries were not properly offset against the allowance for doubtful accounts;

- Multiple journal entries lack supporting documentation. In some cases, documentation is stored on individual devices rather than within a centralized, accessible location;

- Inventory ownership and tracking processes remain undefined. There remains no authoritative source available to confirm inventory quantities or classifications;

- There is no documented guidance on intercompany accounting for post-IPO operations;

- Workpapers prepared by internal stakeholders are not consistently uploaded to the centralized SharePoint environment;

- Key financial processes, including inventory, AR, and intercompany transactions, currently lack clear ownership;

- Procedures for managing core financial responsibilities—such as payroll, banking, and QBO access—have not been formally established or consistently communicated;

- The accounting department operates without a defined structure or reporting hierarchy. Roles and responsibilities are not clearly documented, resulting in fragmented task execution and limited accountability;

- All Intercompany Receivables were changed to other accounts in QB but the accounting staff responsible for booking bills was not informed and no directions were issued on whether or not to use the Intercompany Receivables account in the future, nor on what accounts to use in its place;

- A list of profit margins was not issued to use for AR invoice items for 2024, nor for 2025;

- An updated price list to use for AR invoices to date has not been created, causing AR staff to use prices from 2023 in some cases and to get new pricing for individual invoices from ownership on a case-by-case basis;

- Budgets have not been created for any departments as was requested in order to prepare for the post-IPO operations.





Furthermore, pursuant to Section 7 of the Agreement, you are instructed to immediately turn over to the Company any and all documents (in physical or electronic form) containing Confidential Information in your possession. You are further directed pursuant to Section 6(f) of the Agreement to immediately return to the Company all Company property in your possession.

Any attempt to take any action in contradiction of this letter may be grounds for action on the part of the Company.

Very truly yours,

Wayne Williams
Executive Director Coldchain Technology
Services, LLC, a Callan JMB, Inc. Company