

May 8, 2026

**VIA ECF**
Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re: *Jeffrey Appleman, CPA vs. Callan JMB Inc. et al.*,
Case No. 2:25-cv-5593 (JMW)

Dear Judge Wicks:

Pursuant to the Court's Individual Practice Rule 1.D, the undersigned counsel for Defendants respectfully submits this joint letter, on behalf of all parties, to respectfully request a two (2) week extension to May 28, 2026 of: (i) Defendants' opposition to Plaintiff's pre-motion conference letter, currently due May 13, 2026; and (ii) the joint status report and Plaintiff's motion for leave to amend, currently due May 14, 2026.

The parties request these extensions because we are presently engaged in active and productive settlement discussions. While the parties have not yet reached a final agreement on all terms, we believe we are close to resolving this matter in its entirety and wish to avoid burdening the Court with motion practice that may prove unnecessary. The requested extension will afford the parties additional time to reach a settlement and, if necessary, to prepare the required submissions. This is the parties' first request for an extension of these deadlines.

Thank you for Your Honor's consideration.

Respectfully submitted,

SICHENZIA ROSS FERENCE CARMEL LLP

*/s/ Wynee Ngo*
Wynee Ngo, Esq.

cc: Eric Sarver, Esq., *Counsel for Plaintiff*, via ECF.