# SARVER LAW FIRM, PLLC

106 West 32nd Street, Suite 147
New York, NY 10001

Tel: (917) 930-8684                                        E-mail: ems@sarverlawfirm.com

Fax: (212) 409-8529                                        Website: www.sarver-law.com

May 11, 2026

**Via ECF:**

The Honorable James M. Wicks
United States District Court
Eastern District of New York D'Amato U.S. Courthouse
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

Re:     Jeffrey Appleman vs. Callan JMB, Inc., et al. – 2:25-cv-05593 (JMW)

Dear Magistrate Judge Wicks:

Plaintiff's counsel writes seeking clarification of Your Honor's May 9, 2026 Order, which states:

"ORDER granting [31] Motion for Extension of Time to File. In light of the representations made in ECF No. 31, the time in which the parties shall file a joint status report is extended to and including **May 28, 2026**. Likewise, the time in which Defendants shall file opposition to Plaintiff's pre-motion conference letter is extended to and including **May 28, 2026**. So Ordered by Magistrate Judge James M. Wicks on 5/9/2026. (JAF)"

In the parties' Joint Letter Request for extension, filed by Defendants on May 8, (ECF Dkt. #31), the parties respectfully requested a first-time, two-week adjournment of three items: (i) Defendants' opposition to Plaintiff's pre-motion conference letter; and (ii) the joint status report due May 14 and [iii] Plaintiff's motion for leave to amend, currently due May 14, 2026 [Italics added]. Plaintiff is unclear if Your Honor's Order intended to also grant Plaintiff a two-week extension until May 28, 2026 to file their motion for leave to amend, which the Defendants have joined Plaintiff in requesting.  Plaintiff respectfully asserts that the basis for granting the other two adjournments is applicable to Plaintiff's Motion For Leave to Amend. Specifically, per Defendants' Letter, "[t]he parties request these extensions because we are presently engaged in active and productive settlement discussions. While the parties have not yet reached a final agreement on all terms, we believe we are close to resolving this matter in its entirety and wish to avoid burdening the Court with motion practice that may prove unnecessary. The requested extension will afford the parties additional time to reach a settlement and, if necessary, to prepare the required submissions."

Plaintiff respectfully asks that the Court grant Plaintiff until May 28, 2026, to file Plaintiff's Motion For Leave to Amend the Complaint. Should this matter settle between now and May 28, Plaintiff's motion would be rendered moot.

Sincerely,

*Eric M. Sarver Esq*

Eric M. Sarver, Esq.


Cc: Andrew Zinman, Esq.
    Wynee Ngo, Esq.
    *Counsel for Defendants*
    (Via ECF Filing & Emailed
    Courtesy Copy)