UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JEFFREY APPLEMAN, CPA,

|  |  |
|---|---|
| Plaintiff, | |
| v. | Civ. Action No. 2:25-cv-05593 (JMW) |
| CALLAN JMB, INC., COLDCHAIN TECHNOLOGY SERVICES, LLC, and WAYNE WILLIAMS, in his Individual and professional capacities, | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

This stipulation may be filed without further notice with the Clerk of the Court.

SARVER LAW FIRM, PLLC                 SICHENZIA ROSS FERENCE CARMEL LLP

By: *Eric M. Sarver Esq*               By: _____
       Eric M. Sarver                              Wynee Ngo
106 West 32nd Street, Suite 147         1185 Ave. of the Americas, 26th Floor
New York, New York 10001                New York, New York 10036
(917) 930-8684                          (212) 930-9700
ems@sarverlawfirm.com                   wngo@srfc.law

*Attorneys for Plaintiff*                *Attorneys for Defendants*